# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Courts
Southern District of Texas
FILED
*October 09, 2019*

David J. Bradley, Clerk of Court

No. 18-20662

D.C. Docket No. 4:16-CV-3245

United States Court of Appeals
Fifth Circuit
**FILED**
August 30, 2019
Lyle W. Cayce
Clerk

U.S. Equal Employment Opportunity Commission,

>   Plaintiff

CORY WALDRON,

>   Movant - Appellant

v.

JC WINGS ENTERPRISES, L.L.C., doing business as Bayou City Wings; JC WINGS, LTD.; JG INVESTMENTS ENTERPRISES, L.L.C.; JG INVESTMENTS, LTD.; CK1 ENTERPRISES, L.L.C.; TEN LBS, LTD., doing business as Bayou City Wings,

>   Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas

Before ELROD, GRAVES, and OLDHAM, Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and dismissed to the District Court for further proceedings in accordance with the opinion of this Court.

---

* Judge Oldham concurs in the judgment only.

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

JENNIFER WALKER ELROD, Circuit Judge, concurring in part and dissenting in part.

Certified as a true copy and issued
as the mandate on Oct 09, 2019

Attest:   Jyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

## *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 09, 2019

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 18-20662    U.S. Equal Employment v. JC Wings
                               Enterprises, L.L.C., et al
                               USDC No. 4:16-CV-3245

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Debbie T. Graham, Deputy Clerk

cc:
    Mrs. Monica Schulz Orlando
    Mr. Gregg M. Rosenberg